IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CR-178-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| FELIPE QUINTERO MORENO, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's pro se motion to reduce sentence [D.E. 103] not later than October 15, 2026.

SO ORDERED. This 2 day of September, 2026.

JAMES C. DEVER III
United States District Judge