# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

United States of America
v.
FELIPE QUINTERO MORENO

Case No: 5:24-CR-178-2D
USM No: 18590-511

Date of Original Judgment: 06/11/2025
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Alan DuBois, Federal Public Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑DENIED. ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ______ months **is reduced to** ______.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant is not entitled to relief. See [D.E. 109]. Thus, the court DENIES defendant's motion to reduce sentence [D.E. 103].

Except as otherwise provided, all provisions of the judgment dated ______ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10/29/26

[signature]
*Judge's signature*

Effective Date: ______
*(if different from order date)*

James C. Dever III, United States District Judge
*Printed name and title*